UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Filed Under Seal**

UNITED STATES OF AMERICA
v.
MOUSSA ALI HAMDAN

WARRANT FOR ARREST

CASE NUMBER: ~~09-M-1904-M-4~~
09-cr-744-4

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MOUSSA ALI HAMDAN and bring him or her forthwith to the nearest magistrate judge to answer a

*C Complaint

charging him with (brief description of offense)

From in or about July 2008 through and including in or about November 2009, DIB HANI HARB, HASAN ANTAR KARAKI, and MOUSSA ALI HAMDAN conspired to provide material support to a designated foreign terrorist organization, Hizballah, in violation of Title 18, United States Code, Section 2339B.

From in or about January 2008 through and including in or about November 2009, MOUSSA ALI HAMDAN, HAMZE EL-NAJJAR, a/k/a "Hamze Al-Najjar," MOUSTAFA HABIB KASSEM, and LATIF KAMEL HAZIME, a/k/a "Adanan," conspired to transport stolen goods, in violation of Title 18, United States Code, Section 371.

From in or about January 2008 through and including in or about November 2009, MOUSSA ALI HAMDAN, HAMZE EL-NAJJAR, a/k/a "Hamze Al-Najjar," MOUSTAFA HABIB KASSEM, ALAA ALLI AHMED MOHAMED, a/k/a "Alaa Ahmed Mohamed Abouelnagaa," MAODO KANE, and MICHAEL KATZ conspired to traffic in counterfeit goods, in violation of Title 18, United States Code, Section 371.

In violation of Title 18, United States Code, Sections 371 & 2339B

| Honorable TIMOTHY R. RICE | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] Timothy R. Rice | November 20, 2009; Philadelphia, PA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 11-20-09 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2-25-11 | Samuel Smemo, Jr. Supervisory Special Agent, FBI | [signature] U Smith |

NBWinter/SAMiller Authorizing