# UNITED STATES DISTRICT COURT
for the

EASTERN District of PENNSYLVANIA

United States of America
v.

MOUSSA ALI HAMDAN     )
                      )  Case No.   CR 09-744-04
                      )
                      )
                      )

*Defendant*

FILED

MICHAEL E. KUNZ, Clerk
by _____ Dep. Clerk

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MOUSSA ALI HAMDAN
who is accused of an offense or violation based on the following document filed with the court:

X Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION 18:2339B ; CONSPIRACY TO DEAL IN COUNTERFEIT OBLIGATIONS OR SECURITIES 18:371; DEALING IN COUNTERFEIT OBLIGATIONS OR SECURITIES 18:473; CONSPIRACY TO COMMIT PASSPORT FRAUD 18:371; PASSPORT FRAUD 18:1543; CONSPIRACY TO TRANSPORT STOLEN GOODS 18:371; TRANSPORTATION OF STOLEN GOODS 18:2314; CONSIRACY TO TRAFFIC IN COUNTERFEIT GOODS 18:371; TRAFFICKING IN COUNTERFEIT GOODS 18:2320,21; FALSE STATEMENTS TO GOVT. OFFICIALS 18:1001; CONSPIRACY TO COMMIT PASSPORT FRAUD 18:371

Date:   Nov. 24, 2009

                                                     *C. [signature]* Deputy Clerk
                                                     *Issuing officer's signature*

City and state:   PHILADELPHIA, PA

                                                     MICHAEL E. KUNZ, CLERK OF COURT
                                                     *Printed name and title*

### Return

This warrant was received on *(date)* 11-24-09, and the person was arrested on *(date)* 2-24-11
at *(city and state)*

Date:   2-24-11

                                                     *USMS [signature]*
                                                     *Arresting officer's signature*