UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

*09-744-4-File*

No. <u>14-3351</u>

In re: Moussa Ali Hamden

### ORDER

On July 18, 2014, Petitioner filed in this Court the above-docketed petition for writ of habeas corpus under 28 U.S.C. § 2255. Petitioner seeks habeas relief regarding his underlying criminal case in the United States District Court for the Eastern District of Pennsylvania. Under Fed. R. App. P. 22(a), an application for writ of habeas corpus must be made to the appropriate district court. If made to a circuit judge, the application must be transferred to the appropriate District Court. Accordingly, it is hereby ORDERED that the petition is transferred to the United States District Court for the Eastern District of Pennsylvania.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated:     July 22, 2014
MB/cc:     Moussa Ali Hamden
           United States Attorney Eastern District of Pennsylvania

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk