| | | |
|---|---|---|
| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | CASE NUMBER *(Tran. Court)* 2:09CR00744-04 |
| | | CASE NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Moussa Ali Hamdan 7107 Anthony Street Dearborn, MI  48126 | Eastern District of Pennsylvania | |
| | NAME OF SENTENCING JUDGE The Honorable Stewart Dalzell | |
| | DATES OF SUPERVISED RELEASE: | FROM 10/29/19   TO 10-28-21 |

OFFENSE

18:2339B conspiring/attempting to provide material support to a foreign terrorist organization (Count Three); 18:371 conspiracy (Counts Five, Seven, Nine, 20 and 31); 18:473 & 2 dealing in counterfeit obligation/security & aiding & abetting (Count Six); 18:1543 & 2 passport fraud & aiding and abetting (Count Eight); 18:2314, 21 & 2 transportation of stolen goods & aiding and abetting (Count 10 through 19); 18:2320 & 2 trafficking in counterfeit goods and aiding & Abetting (Counts 21 through 28); and 18:1001 & 2 false statements to government officials & aiding and abetting (Counts 29 & 30)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Michigan upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| July 23, 2020 | |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Michigan

   IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| *Effective Date* | *United States District Judge* |